UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELL WILLIAMS,

    Petitioner,

v.

TIMOTHY FILSON,

    Respondent.

No. 2:18-cv-1305 KJM KJN P

ORDER

Petitioner requests the appointment of counsel and, in the alternative, asks for court orders to obtain mental health records from various correctional facilities. However, the undersigned is aware that petitioner suffers from a mental illness and is currently on antidepressant medication. No additional mental health records are required to so demonstrate. Petitioner's request for orders to obtain mental health records is denied.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. The undersigned has reviewed the pleadings and does not find that the interests of justice would be served by the appointment of counsel.

////

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 22) is denied without prejudice.

Dated: August 5, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bh/cw/will1305.110